**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GARY A. SHELLY,** | : | **CIVIL ACTION NO. 1:03-CV-0802** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **PA. DEPT. OF CORRECTIONS SECRETARY BEARD, et al.,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 8th day of November, 2005, upon consideration of defendants' motions (Docs. 54, 64) for summary judgment and statements of material facts (Docs. 58, 69), filed in August and October 2005, and it appearing that as of the date of this order plaintiff has not filed briefs in opposition to the motions, see L.R. 7.5 ("Any party opposing any motion shall file a responsive brief, together with any opposing affidavits, deposition transcripts or other documents, within fifteen (15) days after service of movant's brief.  Any respondent who fails to comply with this rule shall be deemed not to oppose such motion."), or filed opposing statements of material facts, see L.R. 56.1 ("The papers opposing a motion for summary judgment shall include a separate, short and concise statement of material facts, responding to [the moving party's statement of facts] . . . .  All material facts set forth in the [moving party's statement] will be deemed admitted unless controverted by the statement required to be served by the opposing party."), it is hereby ORDERED that:

1. Plaintiff shall file, on or before November 30, 2005, briefs in opposition to defendants' motions (Docs. 54, 64) for summary judgment, and opposing statements of material facts (see Docs. 58, 69).  See FED. R. CIV. P. 56; see also L.R. 7.5, 56.1.

2. Failure to comply with this order may result in the granting of defendants' motions and the dismissal of this case.  See L.R. 7.5, 56.1; see also FED. R. CIV. P. 41(b).

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge